IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles W. Banks, Jr.,                      :
                        Petitioner           :
                                            :
        v.                                  :
                                            :
Unemployment Compensation                   :
Board of Review,                            :
                        Respondent           :        No. 1673 C.D. 2014

## **O R D E R**

NOW, August 18, 2015, having considered petitioner's application for reconsideration, the application is denied.

_____

DAN PELLEGRINI,
President Judge